IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Battersea Ventures, L.P.,          :
                  Appellant     :
                                 :
             v.                :          No. 1440 C.D. 2019
                                 :
Philadelphia Zoning Board of    :
Adjustment and The City of     :
Philadelphia, UCFP LLC       :

**PER CURIAM**                  **O R D E R**

NOW, January 7, 2021, having considered Appellant's application for reconsideration, and Appellee/Intervenor UCFP, LLC's answer in response thereto, the application is denied.